No. 321.   HART *v.* HEDRICK, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir.   Certiorari denied.   *James H. Tucker* for petitioner.   *David W. Hedrick,* respondent, *pro se.* ▆

No. 327.   JACOBS *v.* TOLEDO BAR ASSN.   Sup. Ct. Ohio. Certiorari denied.   *Rankin M. Gibson* for petitioner. *Charles E. Ide, Jr.,* for respondent. ▆

No. 328.   WEBB *v.* CITY OF LYNCHBURG.   Sup. Ct. App. Va.   Certiorari denied.   *Paul Whitehead* and *Frank M. McCann* for petitioner.

No. 331.   EUCLID NATIONAL BANK *v.* FEDERAL HOME LOAN BANK BOARD ET AL.   C. A. 6th Cir.   Certiorari denied.   *Bingham W. Zellmer* for petitioner.   *Solicitor General Griswold* for respondents. ▆

No. 333.   PAN AMERICAN WORLD AIRWAYS, INC. *v.* ALLIED AIR FREIGHT INTERNATIONAL CORP.   C. A. 2d Cir.   Certiorari denied.   *Fowler Hamilton* and *George Weisz* for petitioner.   *Milton Horowitz* for respondent.

No. 336.   LYSCZYK *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Robert I. Perina* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 339.   MILLER *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *William C. Erbecker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States. ▆